UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

ALESSI EQUIPMENT, INC.,

                Plaintiff,

v.

AMERICAN PILEDRIVING EQUIPMENT,
INC.,

                Defendant.

-----------------------------------------------------------------x

**ORDER**

18 CV 3976 (VB)

        As discussed during the status conference held today, which counsel for both parties attended by telephone, it is HEREBY ORDERED:

      1.      The deadline to complete all discovery is extended to September 30, 2020.

      2.      The next conference in this matter is scheduled for October 5, 2020, at 4:00 p.m. The parties shall use the following information to connect by telephone:

        **Dial-In Number:** **(888) 363-4749 (toll free) or (215) 446-3662;**
        **Access Code: 1703567**

Dated July 15, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge