UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ALESSI EQUIPMENT, INC.,
             Plaintiff,

v.                                                                                    **ORDER**

AMERICAN PILEDRIVING EQUIPMENT,              18 CV 3976 (VB)
INC.,
             Defendant.
--------------------------------------------------------------x

       As discussed at a status conference held today and attended by counsel for all parties, it is hereby ORDERED:

       1.     By **January 8, 2021**, the parties shall submit a joint letter to the Court indicating whether (i) they either consent or do not consent to conducting all further proceedings before a magistrate judge (attached is the notice, consent, and reference to a magistrate judge form that the parties would need to complete and submit if they do consent); and (ii) whether either party intends to move for summary judgment.

       2.     The parties shall file any request for a pre-motion summary judgment conference, in accordance with the Court's individual practices, by **January 22, 2021**.

       3.     The parties shall respond to any request for a pre-motion summary judgment conference, in accordance with the Court's individual practices, by **January 29, 2021**.

       4.     A status conference is scheduled for **February 12, 2021, at 10:00 a.m.** At the time of the scheduled conference the parties shall use the following information to connect by telephone:

    **Dial-In Number:** **(888) 363-4749 (toll free) or (215) 446-3662;**
    **Access Code:** **1703567.**

Dated: December 21, 2020
       White Plains, NY

                                  SO ORDERED:

                                  _____
                                  Vincent L. Briccetti
                                  United States District Judge

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

_____ )
*Plaintiff* )
v. ) Civil Action No.
_____ )
*Defendant* )

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____   _____
*District Judge's signature*

_____
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.