

# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

**www.pecklaw.com**

1325 Avenue of the Americas
10th Floor
New York, NY 10019
tel. 212.382.0909
fax 212.382.3456

New York, NY
Los Angeles, CA
Oakland, CA
Washington, D.C.
Miami, FL
Chicago, IL
River Edge, NJ
Austin, TX
Dallas, TX
Houston, TX
Devon, PA

**International Alliances**

Beijing
Bogota
Buenos Aires
Guatemala City
Lima
London
Managua
Mexico City
Montevideo
Panama City
San Jose
Santiago
Sao Paulo



<u>**VIA ECF**</u>

April 27, 2021

Hon. Judith C. McCarthy
United States Magistrate Judge, SDNY
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   ***Alessi Equipment, Inc. v. American Piledriving Equipment, Inc.***
<u>**Case No.: 18-CV-03976**</u>

Dear Judge McCarthy:

    We represent American Piledriving Equipment, Inc. ("APE") in the above action. The parties completed briefing of their respective summary judgment motions yesterday and, pursuant to Rule 2(E) of Your Honor's individual rules, we respectfully request oral argument to afford us an opportunity to further explain and clarify our arguments and answer any questions the Court may have.

    Thank you for your attention to this request.

    Respectfully submitted,

    s/ Brian D. Waller

    Brian D. Waller

cc:   Kristopher Dennis
      Counsel for Plaintiff, Alessi Equipment Inc.