UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| ALESSI EQUIPMENT, INC., <br><br> Plaintiff, <br><br> -against- <br><br> AMERICAN PILEDRIVING EQUIPMENT, INC. <br><br> Defendant | DOCKET NO. 7:18-cv-03976-JCM <br><br> **AMENDED EXHIBIT LIST FOR PRETRIAL ORDER** |

------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 16, and this Court's separate order, the Plaintiff, Alessi Equipment, Inc. ("Alessi") submits the following amended exhibit list and the accompanying physical Exhibits:

**PLAINTIFF'S EXHIBITS**[1]

| Exhibit | Item | Description |
|---|---|---|
| **PX-1** | **Amended Complaint** | **Plaintiff's Amended Complaint to which Summary Judgment was granted-Copy attached** |
| **PX-2** | **Defendants Answer** | **Defendant's Answer to Amended Complaint Copy attached** |
| PX-3 | September 9, 2004 Fax and September 1, 2004 Agreement | 2004 Agreement between APE and Alessi |
| PX-4 | May 22, 2017 Agreement | Controlling Agreement |
| PX-5 | February 18, 2021 Letter Cancelling the May 22, 2017 Agreement | Cancellation Notice-End Date of Relationship February 18, 2023 |
| **PX-6** | **Plaintiff's Demand for Interrogatories** | **Copy attached** |
| **PX-7** | **Defendants Response to Plaintiff's Interrogatories** | **Copy attached** |
| **PX-8** | **November 25, 2020 Response to Post Deposition Discovery** | **Includes Purported Sales of Qualifying Equipment and was a response to discovery demands made at deposition. Copy attached** |

---

[1] The bolded exhibits and descriptions address the objections specifically made by APE in their submissions to the Court. Plaintiff produced its files in the manner in which they were maintained and do not contain bates stamp numbers. However, the documents are provided herewith for the Court's consideration.

| PX-9 | Spreadsheet of Parts Sales produced by APE | APE004935-APE004942 Document Production |
|---|---|---|
| PX-10 | Sales Invoice to Alessi from APE | Dated 12/16/2008  Bates Stamped APE 4 |
| PX-11 | APE Invoice SI-04947 | (Sale of APE 64X Vibro to Lalonde Equipment  Dated 2/1/2013  Bates Stamped APE 16 |
| PX-12 | APE Invoice E-603214 | Sale of APE 20E Vibro to Geotech Foundation  dated 6/25/2018  Bates Stamped APE 17 |
| PX-13 | APE Invoice E-602780 | Sale of APE 20E Vibro to Curtis Contracting Inc.  Dated 11/30/2015  Bates Stamp APE 20 |
| PX-14 | Sales Invoice to Alessi | Dated 9/26/2011  Bates Stamp APE 21 |
| PX-15 | APE Invoice E-602097 | Sale of Robovib to Adams European Contracting  Dated 7/19/2013  Bates Stamp APE 24 |
| PX-16 | APE Invoice E-601920 | Sale of Robovib to Alessi  Dated 10/31/2012  Bates Stamp APE 26 |
| PX-17 | APE Invoice E-601985 | Sale of Robovib to Alessi  Dated 2/25/2013  Bate Stamp APE 27 |
| PX-18 | APE Invoice E-601862 | Sale of APE 100E Vibro to Simpson & Brown  Dated 8/13/2012  Bates Stamp APE 28 |
| PX-19 | APE Invoice E-601869 | Sale of APE 100E Vibro to GLF Construction  Dated 8/20/2012  Bates Stamped APE 29 |
| PX-20 | APE Invoice E-603094 | Sale of APE 50E Vibro to 2028292 Alberta Ltd  Dated 3/31/2017  Bates Stamp APE 30 |
| PX-21 | APE Invoice E-602277 | Sale of APE 50E Vibro to Alessi  Dated 12/31/2013  Bates Stamp APE 31 |
| PX-22 | APE Invoice E-602015 | Sale of Robovib to Guide Equipment Rentals  Dated 3/29/2013  Bates Stamp APE 32 |
| PX-23 | APE Invoice E-602058 | Sale of APE 64X Vibro to TRACSA  Dated 5/24/2013  Bates APE 33 |
| PX-24 | APE Invoice E-602297 | Sale of APE 64X Vibro to HTECC  Dated 3/3/2014  Bates Stamp APE 34 |
| PX-25 | APE Invoice E-602276 | Sale of Robovib to Alessi)  Dated 12/30/2013  Bates Stamp APE 35 |
| PX-26 | APE Invoice E-602513 | Sale of Robovib to Alessi)  Dated 12/5/2014  Bates Stamp APE 37 |
| PX-27 | APE Invoice E-602552 | Sale of Robovib to ECD NY, Inc.  Dated 1/24/2015  Bates Stamp APE 38 |
| PX-28 | APE Invoice E-602616 | Sale of Robovib to Alessi  Dated 5/8/2015  Bates Stamp APE 40 |
| PX-29 | APE Invoice E-602224 | Sale of APE 100E Vibro to BT Construction  Dated 12/6/2013  Bates Stamp APE 41 |
| PX-30 | APE Invoice E-602506 | Sale of APE 100E Vibro to Emin S.A. |

| | | Dated 10/10/2014     Bates Stamp APE 42 |
|---|---|---|
| PX-31 | APE Invoice E-602711 | Sale of APE 20E Vibro to KEC Engineering<br><br>Dated 9/3/2015     Bates Stamp APE 43 |
| PX-32 | APE Invoice E-602740 | Sale of Robovib to Alessi<br>Dated 10/29/2015     Bates Stamp APE 44 |
| PX-33 | APE Invoice E-602740 | Sale of APE 100E Vibro to Alessi<br>Dated 10/29/2015     Bates Stamp APE 45 |
| PX-34 | APE Invoice E-603105 | Sale of APE 50E Vibro to Pearl Realty Management<br><br>Dated 4/30/2017     Bates Stamp APE 46 |
| PX-35 | APE Invoice E-602846 | Sale of Robovib to Alessi<br><br>Dated 1/27/2016     Bates Stamp APE 47 |
| PX-36 | APE Invoice E-602878 | Sale of Robovib to Alessi<br>Dated 3/31/2016     Bates Stamp APE 48 |
| PX-37 | APE Invoice E-602895 | Sale of APE 20E Vibro to Geopier<br>Dated 4/4/2016     Bates Stamp APE 49 |
| PX-38 | APE Invoice E-602905 | Sale of Robovib to Alessi<br>Dated 5/5/2016     Bates Stamp APE 50 |
| PX-39 | APE Invoice E-602919 | Sale of APE 20E Vibro to Depcom Power<br>Dated 6/2/2016     APE 51 Bates Stamp |
| PX-40 | APE Invoice E-603002 | Sale of J&M 23E Vibro to Abbett Electric<br>Dated 10/5/2016     Bates Stamp APE 62 |
| PX-41 | APE Invoice E-602817 | Sale of APE 15E Vibro to Goetch Foundation<br>Dated 12/31/2015     Bates Stamp APE 94 |
| PX-42 | APE Invoice SI-08839 | Sale of Robovib to Moncon Inc.<br>Dated 4/12/2018     Bates Stamp APE 96 |
| PX-43 | APE Invoice SI-08603 | Sale of APE 100E Vibro to Brook Construction<br>Dated 2/7/2018     Bates Stamp APE 97 |
| PX-44 | APE Invoice E-603222 | Sale of Robovib to Tyler Rental, Inc.<br>Dated 8/1/2018     Bates Stamp APE 98 |
| **PX-45** | **Bill Ziadie 2019 Social Media Posts from Instagram** | **Suerus Murphy Sales**<br><br>**Deposition Exhibit PLAINTIFF 15-17 Copy attached** |
| **PX-46** | **2013 Price List** | **APE Price List**<br><br>**Deposition Exhibit Plaintiff 22 Copy attached** |
| **PX-48** | **2015 Price List Sales and Set up** | **Deposition Exhibit Plaintiff 24 Copy attached** |
| **PX-49** | **2015 Price List Rentals** | **Deposition Exhibit Plaintiff Exhibit 25 Copy attached** |
| **PX-50** | **November 2017 Email exchange Cress and Casavant** | **Deposition Exhibit Plaintiff Exhibit 27 Copy attached** |
| **PX-51** | **January 2016 Email Exchange on rental Kelly Gorosan** | **Deposition Exhibit Plaintiff 31 Copy attached** |

| PX-52 | June Email Exchange on Including APE Logo between Cress and Quale | Deposition Exhibit Plaintiff 36 |
|---|---|---|
| PX-53 | J&M Customer List Forwarded to White by Elfstrom | Deposition Exhibit JW-23 |
| **PX-54** | **Sales Invoice for Mayrich** | **Invoice 0003606 dated November 18, 2003 sale of APE 100E $87,174.50 Copy attached** |
| PX-55 | APE Invoice to Alessi for 100E model sold to Mayrich | Invoice E-600231 dated 11/10/03 100E $44,000.00 price to Alessi |
| **PX-56** | **Sales Invoice for Splitrock** | **Invoice 0005888 dated 10/15/08 sale of APE 50E $88,000.00 Copy attached** |
| PX-57 | APE Invoice to Alessi for 50E model sold to Splitrock | Invoice ES-00575 dated 10/5/08 50E $57,028.57 price to Alessi |
| **PX-58** | **Sales Invoice for Parkview Management** | **Invoice 9243 dated 9/14/2017 for rebuilt Robovibe $98,079.38 Copy attached** |
| **PX-59** | **Sales Invoice for New Born Construction** | **Invoice 0004532 dated 12/12/2005 $140,887.50 Robovibe Copy attached** |
| **PX-60** | **Sales Order Slip for New Born Construction** | **12/7/05 Order Slip for $140,887.50 Copy attached** |
| **PX-61** | **APE Invoice to Alessi for New Born** | **December 15, 2005 Invoice No N205-580 with price of $89,900 ($130,000 with $40,100 discount)** |
| **PX--62** | **Sales Invoice Files for NY Concrete** | **Invoice 00005256 dated 6/4/2007 for $151,725.00 Robovibe and related equipment**<br><br>**Copy attached** |
| **PX-63** | **APE Invoice for Robovibe tendered to NY Concrete** | **Invoice N207-360 dated July 25, 2007 Robovibe $90,000 price to Alessi**<br><br>**Copy attached** |
| **PX-64** | **Sales Invoice Yonkers Construction** | **Invoice # 8302 dated November 20, 2015 Robovibe 35 $187,488.75 (Robovibe $173,000 Additional Equipment $14,488.75)**<br>**Copy attached** |
| **PX-65** | **Yonkers Finance Agreement** | **Payment Financing for $187,488.75**<br><br>**Copy attached** |
| PX-66 | APE Invoice for Robovibe | Invoice ES-03582 Reflecting Price of Robovibe #35 (Robovibe $125,000 Additional Equipment $13,500 and discount of $20,775) |
| PX-67 | Sales Invoice File Abscope Enviro | Invoice 0006983 dated 8/9/2011 for $178,818.75 |
| **PX-68** | **Sales Invoice APE to Alessi for Abscope Enviro equipment** | **Invoice N207-360 dated July 27, 2011 Robovibe $110,775.00 price to Alessi**<br>**Copy attached** |

| | | |
|---|---|---|
| PX-69 | Sales Invoice for sale to HC Construction | Alessi Invoice 00004770 dated 6/29/2006 50E to HC Construction $73,411.25 |
| PX-70 | APE Invoice to Alessi sold to HC Construction | APE Invoice N206-353 dated 7/26/2006 |
| PX-71 | Email from Elfstrom to Alessi | Dated November 9, 2016 APE Bates Stamp No. 001078 |
| PX-72 | Email Exchange Collins Alessi | Dated March 12, 2013 APE Bates Stamp 000928 |
| PX-73 | APE Invoice ES-02292 | Sale of APE 50E Vibro to Alessi<br>Dated 5/23/2013 |
| PX-75 | APE Invoice ES-03405 | Sale of APE 100E Vibro to Alessi<br>Dated 8/5/2015 |
| PX-76 | APE Invoice SI-100292 | Sale of APE 15E Vibro to Northstar Terminal<br>Dated 8/1/2019 |
| PX-77 | APE Invoice SI-100167 | Sale of APE 50E Vibro to NE Carpenters Apprentice Dated 9/20/2019 |
| PX-78 | APE Invoice ERPO-10008 | Sale of APE 20E Vibro to Granite Construction<br>Dated 10/9/2020 |
| PX-79 | APE Invoice ES-02183 | Sale of APE 50 Vibro to Alessi 3/22/2013 |
| PX-80 | APE Invoice SI-100292 | Sale of APE 15E Vibro to Northstar Terminal<br>Dated 8/1/2019 |
| PX-81 | APE Invoice ES-02294 | Sale of Robovib to Alessi)<br><br>Dated 5/25/2013 |
| PX-82 | APE Invoice E-603398 | Sale or Robovib to Toromont<br><br>Dated 7/1/2019 |
| PX-83 | APE Invoice E-603439 | Sale of Robovib to SEMA Construction<br><br>Dated 11/1/2019 |
| PX-84 | APE Invoice E0603610 | Sale of Robovib to Alpha Construction Inc.<br>Dated 9/30/2020 |
| **PX-85** | **Equipment Cash Quotation to Alessi** | **Dated 3/22/2016**<br> **WITHDRAWN** |
| **PX-86** | **Equipment Quotation to Alessi** | **Dated 6/6/2016 WITHDRAWN** |
| **PX-87** | **Alessi Invoice #7091** | **Sale of APE Robovib to Hydrosphere Construction Dated 1/12/2012**<br>**Copy                                                                     attached** |
| **PX-88** | **Alessi Invoice #7151** | **Sale of APE 50E Driver Extractor to Benedetto & Sons Dated 3/9/2012**<br><br>**Copy attached** |
| **PX-89** | **Alessi Invoice #7277** | **Sale of APE 100E Vibro to Urban/Foundation Engineer Dated  6/28/2012** |

5

|         |                      | Copy attached |
|---------|----------------------|---------------|
| PX-90   | Alessi Invoice #7289 | Sale of APE Robovib to Defoe Corp<br><br>Dated 8/9/2012<br><br>Copy attached |
| PX-91   | Alessi Invoice #7298 | Sale of APE 50E Vibro to Precise Contracting<br><br>Dated 8/20/2012 Copy attached |
| PX-92   | Alessi Invoice #7372 | Sale of APE 50E Vibro (Rebuilt) to CRL<br><br>Dated 11/9/2012<br><br>Copy attached |
| PX-93   | Alessi Invoice #7398 | Sale of APE Robovib to Sevenson Enviro. Services<br><br>Dated 12/11/2012    Copy attached |
| PX-94   | Alessi Invoice #7475 | Sale of APE 100E Vibro to Bedford/Carp Construction Dated 4/2/2013 |
| PX-95   | Alessi Invoice #7517 | Sale of APE 20E Vibro to JLJ Enterprises<br><br>Dated 5/21/2013 Copy attached |
| PX-96   | Alessi Invoice #7519 | Sale of APE 50E Vibro to Empire Equipment Corp<br><br>Dated 5/21/2013 Copy attached |
| PX-97   | Alessi Invoice #7705 | Sale of APE 50E Vibro to American Pile & Foundation<br><br>Dated 11/27/2013    Copy attached |
| PX-98   | Alessi Invoice #7722 | Sale of APE 150E Vibro to CRL<br><br>Dated 2/21/2014    Copy attached |
| PX-99   | Alessi Invoice #7723 | Sale of APE 50E Vibro to Tomcon Industries<br><br>Dated 2/21/2014<br>Copy attached |
| PX-100  | Alessi Invoice #7795 | Sale of APE Robovib to Top Grade Excavating NY<br><br>Dated 4/24/2014 Copy attached |
| PX-101  | Alessi Invoice #7851 | Sale of APE Robovib to Halmar International<br><br>Dated 6/30/2014    Copy attached |
| PX-101  | Alessi Invoice #7879 | Sale of APE Robovib (Rebuilt) to General Constructors<br>Dated  8/27/2014<br><br>Copy attached |

| PX-102 | Alessi Invoice #7910 | Sale of APE Robovib to Northern Construction Dated 10/7/2014 Copy attached |
| --- | --- | --- |
| PX-103 | Alessi Invoice #8048 | Sale of APE Robovib to Grace Industries Dated 3/12/2015 Copy attached |
| PX-104 | Alessi Invoice #8137 | Sale of APE 20E Vibro to Sunny Builders Dated 6/8/2015 Copy attached |
| PX-105 | Alessi Invoice #8151 | Sale of APE Robovib to RJ Ind Dated 6/25/2015 Copy attached |
| PX-106 | Alessi Invoice #8193 | Sale of APE 100E Vibro to Peter Scalamandre & Son Dated 7/24/2015 Copy attached |
| PX-107 | Alessi Invoice #8302 | WITHDRAWN |
| PX-108 | 89    Alessi Invoice #8310 | Sale of APE Robovib to Yonkers Contracting Dated 12/7/2015 Copy attached |
| PX-109 | Alessi Invoice #8527 | Sale of APE Robovib to McNamee Construction Dated 7/14/2016 Copy attached |
| PX-110 | Alessi Invoice #9032 | Sale of APE Robovib to DiFazio Industries Dated 12/1/2016 Copy attached |
| PX-111 | Alessi Invoice #9052 | Sale of APE 100E Vibro to Inter La Peruta JV Dated 1/19/2017 Copy attached |
| PX-112 | Alessi Invoice #9092 | Sale of APE 20E Vibro to Excav Services Inc Dated 3/15/2017 |

| | | |
|---|---|---|
| | | Copy attached |
| PX-113 | **Alessi Invoice #9241** | **Sale of APE Robovib (Rebuilt) to JJID, Inc.**<br><br>**Dated 9/11/2017**<br>**Copy attached** |
| PX-114 | **Alessi Invoice #9243** | **Sale of APE Robovib (Rebuilt) to Parkview Management**<br>**Dated 9/14/2017**<br>**Copy attached** |
| PX-115 | **Alessi Invoice #9317** | **Sale of APE Robovib to Concrete Courses Concept**<br>**Dated 11/30/2017**<br>**Copy attached** |
| PX-116 | **Alessi Invoice #9632** | **Sale of APE 20E Vibro to CAP Equipment dated - 11/28/2018**<br><br>**Copy attached** |
| PX-117 | **Alessi Invoice #9735** | **Sale of APE 50E Vibro (Rebuilt) to Flagge Construction**<br><br>**Dated 4/11/2019    Copy attached** |
| PX-118 | Alessi Customer List | JW-36 |
| PX-119 | Alessi 2009/2010 Sales Folder Marked by Defendant at Deposition | Exhibit 1 Gabrielle Catalogne Deposition |
| PX-120 | **Several checks from Alessi to Ziadie, Deemer, Kuzick and maybe Goranson** | **Plaintiffs Deposition Exhibit 51**<br><br>**Withdrawn** |
| PX-121 | 2 checks from Alessi to Ziadie ($400 and $2100) | Plaintiffs Deposition Exhibit 50 |
| PX-122 | **Cancelled check 7155 dated 7/7/14** | **WITHDRAWN** |
| PX-123 | **Pile Buck Magazine** | **Plaintiff's Deposition Exhibit 13 Copy attached** |
| PX-124 | **Invoice to Excav Services** | **Invoice 9092 for $58,522.50 Copy attached** |
| PX-125 | White Email to Alessi dated August 9, 2011 | APE Bates Stamp    003808 |
| PX-126 | **November 20, 2020 letter supplementing discovery from Defendant's Counsel** | **Sales Numbers 2012-2019 Should have been stated as November 25, 2022**<br>**Copy attached** |
| PX-127 | APE Equipment Sale Ledger through 2009 | Bates Stamp APE 003297-003299 |

Date: May 2, 2022

_____
      Kristopher M Dennis   (Of Counsel)

For the Plaintiff
Lavallee Law Offices PLLC
4 West Gate
Farmingdale, New York 11735
(516) 756-5100