UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ALESSI EQUIPMENT, INC.,

                        Plaintiff,                        **ORDER**

        -against-                                18 Civ. 3976 (JCM)

AMERICAN PILEDRIVING EQUIPMENT,
INC.,

                        Defendant.
-------------------------------------------------------X

On May 4, 2022, the parties filed a Revised Joint Pretrial Order ("Revised JPTO"), (Docket No. 149), pursuant to the Court's May 2, 2022 Order, (Docket No. 146). However, American Piledriving Equipment, Inc. ("APE") did not identify its proposed exhibits "by letters" as directed. APE also requested, within the Revised JPTO, additional time to file objections to Alessi Equipment, Inc.'s ("Alessi") proposed exhibits.

The Court grants APE's request for more time, and APE is directed to submit its objections to Alessi's proposed exhibits by May 11, 2022. By the same date, APE is also directed to provide a revised exhibit list that identifies its proposed exhibits by letters.

Dated:    May 6, 2022
            White Plains, New York

                                                      **SO ORDERED:**

                                                        */s/ Judith C. McCarthy*
                                                       JUDITH C. McCARTHY
                                                       United States Magistrate Judge