UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALESSI EQUIPMENT, INC.,

                      Plaintiff,

    -against-

AMERICAN PILEDRIVING EQUIPMENT, INC.,

                      Defendant.
------------------------------------------------------------X
AMERICAN PILEDRIVING EQUIPMENT, INC.,

                      Counterclaim-Plaintiff,

    -against-

ALESSI EQUIPMENT, INC.,

                      Counterclaim-Defendant.
------------------------------------------------------------X

**ORDER**

18 Civ. 3976 (JCM)

On June 13, 2022, after a four-day jury trial, the jury returned a unanimous verdict awarding Plaintiff $920,846.70 for breach of the 2012 Distributor Agreement. Before the Clerk of Court can determine prejudgment interest, the Court must determine the date from which prejudgment interest shall be computed. *See* N.Y. C.P.L.R. § 5001(b). By June 22, 2022, the parties are directed to advise the Court of their positions regarding this issue.

Dated:   June 15, 2022
             White Plains, New York

                                                      **SO ORDERED:**

                                                      _____
                                                      JUDITH C. McCARTHY
                                                      United States Magistrate Judge