UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALESSI EQUIPMENT, INC.,

                      Plaintiff,                      **JUDGMENT**

     -against-                                   18 Civ. 3976 (JCM)

AMERICAN PILEDRIVING EQUIPMENT, INC.,

                      Defendant.
------------------------------------------------------------X
AMERICAN PILEDRIVIG EQUIPMENT, INC.,

                      Counterclaim-Plaintiff,

     -against-

ALESSI EQUIPMENT, INC.,

                      Counterclaim-Defendant.
------------------------------------------------------------X

       **WHEREAS**, Plaintiff Alessi Equipment, Inc. ("Plaintiff") commenced this action against Defendant American Piledriving Equipment, Inc. ("Defendant") on May 5, 2018, (Docket No. 5); and

       **WHEREAS**, Plaintiff filed an amended complaint on July 24, 2018, (Docket No. 18); and

       **WHEREAS**, Defendant filed an answer and asserted counterclaims against Plaintiff on March 19, 2019, (Docket No. 36);[1] and

       **WHEREAS**, this action was assigned to the Honorable Judith C. McCarthy, United States Magistrate Judge, by consent of the parties pursuant to 28 U.S.C. § 636(c), (Docket No. 86); and

---

[1] Defendant also asserted a third-party complaint against John L. White on the same date, (Docket No. 36 at 23-31), which was dismissed on September 16, 2019, (Docket No. 57).

**WHEREAS**, the Court found that Plaintiff was entitled to judgment as a matter of law with respect to liability on its breach of contract claim under the 2012 Distributor Agreement,[2] (Docket No. 114); and

**WHEREAS**, this action proceeded to a jury trial to determine damages related to the aforementioned claim on June 8, 2022; and

**WHEREAS**, at the conclusion of trial on June 13, 2022, the jury reached a unanimous verdict awarding Plaintiff $920,846.70;

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**, that Plaintiff is awarded $920,846.70 for its breach of contract claim under the 2012 Distributor Agreement. Accordingly, the Clerk is respectfully requested to close the case.

Dated:  June 23, 2022
         White Plains, New York

                                          SO ORDERED:

                                          _____
                                          JUDITH C. McCARTHY
                                          United States Magistrate Judge

---

[2] The Court decided all other remaining claims in its January 6, 2022 Opinion and Order. (Docket No. 114).