UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALESSI EQUIPMENT, INC.,

                Plaintiff,

   -against-

AMERICAN PILEDRIVING EQUIPMENT, INC.,

                Defendant.
------------------------------------------------------------X
AMERICAN PILEDRIVING EQUIPMENT, INC.,

                Counterclaim-Plaintiff,

   -against-

ALESSI EQUIPMENT, INC.,

                Counterclaim-Defendant.
------------------------------------------------------------X

**ORDER**

18 Civ. 3976 (JCM)

The Court is in receipt of Defendant American Piledriving Equipment, Inc.'s ("APE") request that the Court enter judgment on its breach of contract counterclaims ("Counterclaims"). (Docket No. 180). The Court will do so by a separate docket entry forthwith. Because the parties have not advised the Court of their positions regarding the appropriate triggering date for prejudgment interest on the Counterclaims, however, they must brief this issue through a motion to amend the judgment to add prejudgment interest pursuant to Rule 59(e). *See generally Foresco Co. v. Oh*, 337 F. Supp. 3d 304, 306 (S.D.N.Y. 2018); *see also Stanford Square, L.L.C.*

*v. Nomura Asset Cap. Corp.*, 232 F. Supp. 2d 289, 291 (S.D.N.Y. 2002).

Dated: July 7, 2022
       White Plains, New York

                                    **SO ORDERED:**

                                    _____
                                    JUDITH C. McCARTHY
                                    United States Magistrate Judge