UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
ALESSI EQUIPMENT, INC.,

                     Plaintiff,     **JUDGMENT ON COUNTERCLAIMS**

   -against-

                                                                 18 Civ. 3976 (JCM)

AMERICAN PILEDRIVING EQUIPMENT, INC.,

                    Defendant.
--------------------------------------------------------------X
AMERICAN PILEDRIVIG EQUIPMENT, INC.,

                 Counterclaim-Plaintiff,

   -against-

ALESSI EQUIPMENT, INC.,

                 Counterclaim-Defendant.
--------------------------------------------------------------X

     **WHEREAS**, Plaintiff Alessi Equipment, Inc. ("Plaintiff") commenced this action against Defendant American Piledriving Equipment, Inc. ("Defendant") on May 5, 2018, (Docket No. 5); and

     **WHEREAS**, Plaintiff filed an amended complaint on July 24, 2018, (Docket No. 18); and

     **WHEREAS**, Defendant filed an answer and asserted counterclaims against Plaintiff on March 19, 2019, (Docket No. 36);[1] and

     **WHEREAS**, this action was assigned to the Honorable Judith C. McCarthy, United States Magistrate Judge, by consent of the parties pursuant to 28 U.S.C. § 636(c), (Docket No. 86); and

---

[1] Defendant also asserted a third-party complaint against John L. White on the same date, (Docket No. 36 at 23-31), which was dismissed on September 16, 2019, (Docket No. 57).

**WHEREAS**, on January 6, 2022, the Court found that Defendant is entitled to summary judgment on its breach of contract counterclaims in their entirety, and directed Plaintiff to pay $52,505.92, representing the total amount due to Defendant under the Rental Agreement, invoices and Purchase Orders, (Docket No. 114);

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**, that Defendant is awarded $52,505.92 for its breach of contract counterclaims.

Dated:  July 7, 2022
       White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge